161 A.3d 797

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kemoh A. ROGERS, Petitioner**

**No. 418 MAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

592

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.